UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SARA CARNES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL TRUST MANAGEMENT, LLC, a Florida limited liability company,<br><br>Defendant. | Case No.: 1:20-cv-3186-RYL-TAB |

**DEFENDANT GLOBAL TRUST MANAGEMENT, LLC'S**
**MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(1), Defendant Global Trust Management, LLC ("GTM") respectfully moves to dismiss the Complaint in its entirety for lack of subject matter jurisdiction. For the reasons stated in Defendant's Memorandum of Law made in support of its Motion to Dismiss filed contemporaneously herewith, Plaintiff lacks standing to bring this suit.

WHEREFORE, Defendant requests an Order, pursuant to Fed. R. Civ. P. 12(b)(1), dismissing the Complaint with prejudice, together with all other relief this Honorable Court deems just and proper.

1

DATED: January 12, 2021

**LIPPES MATHIAS WEXLER FRIEDMAN LLP**

/s Brendan H. Little
Brendan H. Little, Esq.
Attorneys for Defendant
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
P: 716-853-5100
F: 716-853-5199
blittle@lippes.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2021, I electronically filed the foregoing Defendant's Motion to Dismiss with the Clerk of the Court via the CM/ECF system, which will provide service to counsel for all parties.

/s Brendan H. Little
Brendan H. Little