UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

SARA CARNES, individually and on behalf )
of all others similarly situated, )
 )
          Plaintiff, )
 )
          v. )    No. 1:20-cv-03186-RLY-TAB
 )
GLOBAL TRUST MANAGEMENT, LLC, a )
Florida limited liability company, )
 )
          Defendant. )

**FINAL JUDGMENT**

On August 24, 2021, the court dismissed Plaintiff's complaint without prejudice

for lack of subject matter jurisdiction and granted leave to file an amended complaint

within thirty (30) days of that decision.  Plaintiff did not file an amended complaint.

Accordingly, the court now enters judgment against Plaintiff and in favor of Defendant.

**SO ORDERED** this 8th day of October 2021.

          RICHARD L. YOUNG, JUDGE
          United States District Court
          Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Dina M. Doyle_

      Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record.

1